**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| WORLDTRONICS INTERNATIONAL, INC., | ) | Case No. 06-09010 |
| | ) | |
| | ) | Honorable Bruce W. Black |
| Debtor. | ) | (Joliet) |

**ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES TO
SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN, LLC
<u>AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE</u>**

This matter having been presented upon the First and Final Application (the "<u>Final Application</u>") of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC ("<u>Shaw Gussis</u>") as special counsel for Michael G. Berland, not individually, but as chapter 7 trustee (the "<u>Trustee</u>") for the bankruptcy estate (the "<u>Estate</u>") of Worldtronics International, Inc. (the "<u>Debtor</u>"); due and proper notice of the Final Application having been given to all parties entitled thereto; the Court having jurisdiction over the subject matter of and the parties to the Final Application; the Court having heard from all interested parties, the Court having reviewed the Final Application, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED that**:

1. Shaw Gussis is allowed compensation for actual and necessary legal services provided to the Trustee in the amount of $69,096.50 (the "<u>Final Allowed Compensation</u>") and final reimbursement of actual and necessary expenses advanced for the benefit of the Trustee in the amount of $2,144.85 (the "<u>Final Allowed Expenses</u>") (the Final Allowed Compensation and the Final Allowed Expenses shall collectively be referred to as the "<u>Final Award</u>"); and

2. Shaw Gussis is authorized to apply the $17,500.00 Retainer to the Final Award, and the Trustee is authorized and directed to pay to Shaw Gussis the remainder of the Final Award in the amount of $53,741.35.

**ENTER**:

Dated: April ___, 2008                    _____
                                                              UNITED STATES BANKRUPTCY JUDGE

{5801 ORD A0201941.DOC}

*Prepared by*:
Gordon E. Gouveia (#6282986)
Shaw Gussis Fishman Glantz
 Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60610
Tel: (312) 541-0151
Fax: (312) 980-3888