# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 06-09010 BL | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | WORLDTRONICS INTERNATIONAL, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****52-65 - Money Market Account |
| Taxpayer ID #: | 36-3289996 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/15/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/04/08 | {2} | Harris Bank | Payment of settlement per court order | 1141-000 | 350,000.00 | | 350,000.00 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 53.04 | | 350,053.04 |
| 04/08/08 | 1001 | Shaw Gussis et al | Payment of attorney fee per court order | 3210-600 | | 63,060.50 | 286,992.54 |
| 04/08/08 | 1002 | Shaw, Gussis et al | Payment of special counsel's costs per court order | 3220-610 | | 1,437.26 | 285,555.28 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 42.83 | | 285,598.11 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 35.75 | | 285,633.86 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 36.30 | | 285,670.16 |
| 07/01/08 | 1003 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 285,170.16 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 36.25 | | 285,206.41 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 33.91 | | 285,240.32 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 37.42 | | 285,277.74 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 31.11 | | 285,308.85 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 22.43 | | 285,331.28 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 350,329.04 | 64,997.76 | $285,331.28 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 350,329.04 | 64,997.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $350,329.04 | $64,997.76 | |

Exhibit C

{} Asset reference(s)     Printed: 12/15/2008 01:40 PM    V.10.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06-09010 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- | --- |
| Case Name: | WORLDTRONICS INTERNATIONAL, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*52-66 - Checking Account |
| Taxpayer ID #: | 36-3289996 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/15/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 06-09010 BL | Trustee: MICHAEL G. BERLAND (520196) |
| Case Name: WORLDTRONICS INTERNATIONAL, INC. | Bank Name: JPMORGAN CHASE BANK, N.A. |
| | Account: ***-*****52-67 - Money Market Account |
| Taxpayer ID #: 36-3289996 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 12/15/08 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****52-65 | 350,329.04 | 64,997.76 | 285,331.28 |
| Checking # ***-*****52-66 | 0.00 | 0.00 | 0.00 |
| MMA # ***-*****52-67 | 0.00 | 0.00 | 0.00 |
| | $350,329.04 | $64,997.76 | $285,331.28 |

◊ Asset reference(s)

Printed: 12/15/2008 01:40 PM   V.10.54