**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>WORLDTRONICS INTERNATIONAL, INC.<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-09010 BL<br><br>JUDGE Bruce W. Black(Joliet) |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO  the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

    At:  Will County Court Annex
         57 N. Ottawa St., Room 201
         Joliet, Illinois 60432

    on:  **January 16, 2009**
    at:  **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                  $       350,306.61

    b. Disbursements                             $        64,997.76

    c. Net Cash Available for                    $       285,308.85
    Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Expenses) | 0.00 | | $213.26 |
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $20,765.33 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $603,765.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 43.78%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | LSI COMPUTER SYSTEMS, INC. | $ 603,765.94 | $ 264,330.26 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or

      may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has not been discharged.

11.     The Trustee proposed to abandon the following property at the hearing:

Dated: **December 24, 2008**      For the Court,

    KENNETH S. GARDNER
    Kenneth S. Gardner
    Clerk of the U.S. Bankruptcy Court
    219 S. Dearborn Street; 7th Floor
    Chicago, IL  60604

Trustee:    MICHAEL G. BERLAND
Address:   1 NORTH LASALLE STREET
           STE 1775
           CHICAGO, IL  60602
Phone No.: (312) 855-1272

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Dec 24, 2008
Case: 06-09010                 Form ID: pdf002              Total Served: 6

The following entities were served by first class mail on Dec 26, 2008.
db           +WORLDTRONICS INTERNATIONAL, INC.,    2584 E. 350th Road,    Oglesby, IL 61348-1074
aty          +Chris D Rouskey,    Rouskey and Baldacci,    151 Springfield Ave,    Joliet, IL 60435-7503
aty          +Gordon E. Gouveia,    Shaw, Gussis, Fishman, Glantz, et al,    321 N. Clark Street,    Suite 800,
               Chicago, IL 60654-4766
aty          +Ira Bodenstein,    Shaw, Gussis, Fishman, Glantz, etal,    321 N. Clark Street,    Suite 800,
               Chicago, IL 60654-4766
tr           +Michael G Berland,    1 N LaSalle St,    No.1775,    Chicago, IL 60602-4065
10839513     +LSI COMPUTER SYSTEMS, INC.,    C/O ATTORNEY ANDREW E. CURTO,    330 Old Country Road, #301,
               Mineola, NY 11501-4143

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 26, 2008**                              **Signature:**  _Joseph Speetjens_