**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: WORLDTRONICS INTERNATIONAL, INC. § | Case No. 06-09010 |
| § | |
| § | |
| Debtor(s)                                                         § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,500.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $264,372.92 | Claims Discharged Without Payment: $339,393.02 |
| Total Expenses of Administration: $85,976.35 | |

3) Total gross receipts of $ 350,349.27 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $350,349.27 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 85,976.35 | 85,976.35 | 85,976.35 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 474,765.27 | 603,765.94 | 603,765.94 | 264,372.92 |
| TOTAL DISBURSEMENTS | $474,765.27 | $689,742.29 | $689,742.29 | $350,349.27 |

4) This case was originally filed under Chapter 7 on July 27, 2006.
. The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/21/2009          By: /s/MICHAEL G. BERLAND
                                                Trustee


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent conveyance agaists officers-unschedul | 1141-000 | 350,000.00 |
| Interest Income | 1270-000 | 349.27 |
| **TOTAL GROSS RECEIPTS** | | **$350,349.27** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 20,765.33 | 20,765.33 | 20,765.33 |
| MICHAEL G. BERLAND | 2200-000 | N/A | 213.26 | 213.26 | 213.26 |
| Shaw Gussis et al | 3210-600 | N/A | 63,060.50 | 63,060.50 | 63,060.50 |
| Shaw, Gussis et al | 3220-610 | N/A | 1,437.26 | 1,437.26 | 1,437.26 |
| Gloria Longest | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 85,976.35 | 85,976.35 | 85,976.35 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LSI COMPUTER SYSTEMS, INC. | 7100-000 | 474,765.27 | 603,765.94 | 603,765.94 | 264,372.92 |
| TOTAL GENERAL UNSECURED CLAIMS | | 474,765.27 | 603,765.94 | 603,765.94 | 264,372.92 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-09010  **Trustee:** (520196) MICHAEL G. BERLAND
**Case Name:** WORLDTRONICS INTERNATIONAL, INC.  **Filed (f) or Converted (c):** 07/27/06 (f)
  **§341(a) Meeting Date:** 09/21/06
**Period Ending:** 12/21/09  **Claims Bar Date:** 04/17/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Miscelleanous machinery-scheduled | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Fraudulent conveyance agaists officers-unschedul | 0.00 | Unknown | | 350,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 349.27 | FA |
| 3 | Assets Totals (Excluding unknown values) | $1,500.00 | $0.00 | | $350,349.27 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee's special counsel settled the fraudulent conveyance action. the Trustee filed tax returns. The Trustee filed his Final Report in December 2008 and it is scheduled for hearing in Janaury 2009.

**Initial Projected Date Of Final Report (TFR):** September 30, 2010  **Current Projected Date Of Final Report (TFR):** December 15, 2008 (Actual)

Printed: 12/21/2009 02:55 PM  V.11.53

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 06-09010 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | WORLDTRONICS INTERNATIONAL, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****52-65 - Money Market Account |
| Taxpayer ID #: | 36-3289996 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/21/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/04/08 | {2} | Harris Bank | Payment of settlement per court order | 1141-000 | 350,000.00 | | 350,000.00 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 53.04 | | 350,053.04 |
| 04/08/08 | 1001 | Shaw Gussis et al | Payment of attorney fee per court order | 3210-600 | | 63,060.50 | 286,992.54 |
| 04/08/08 | 1002 | Shaw, Gussis et al | Payment of special counsel's costs per court order | 3220-610 | | 1,437.26 | 285,555.28 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 42.83 | | 285,598.11 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 35.75 | | 285,633.86 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 36.30 | | 285,670.16 |
| 07/01/08 | 1003 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 285,170.16 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 36.25 | | 285,206.41 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 33.91 | | 285,240.32 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 37.42 | | 285,277.74 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 31.11 | | 285,308.85 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 22.43 | | 285,331.28 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 20.23 | | 285,351.51 |
| 01/20/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 7.37 | | 285,358.88 |
| 01/20/09 | | To Account #*********5266 | Transfer for purpose of final distribution | 9999-000 | | 285,358.88 | 0.00 |
| | | | ACCOUNT TOTALS | | 350,356.64 | 350,356.64 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 285,358.88 | |
| | | | Subtotal | | 350,356.64 | 64,997.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $350,356.64 | $64,997.76 | |

() Asset reference(s)

Printed: 12/21/2009 02:55 PM V.11.53

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 06-09010 | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- |
| Case Name: | WORLDTRONICS INTERNATIONAL, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****52-66 - Checking Account |
| Taxpayer ID #: | 36-3289996 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/21/09 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 01/20/09 | | From Account #*********5265 | Transfer for purpose of final distribution | 9999-000 | 285,358.88 | | 285,358.88 |
| 01/21/09 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $213.26, Trustee Expenses; Reference: | 2200-000 | | 213.26 | 285,145.62 |
| 01/21/09 | 102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $20,765.33, Trustee Compensation; Reference: | 2100-000 | | 20,765.33 | 264,380.29 |
| 01/21/09 | 103 | LSI COMPUTER SYSTEMS, INC. | Dividend paid 43.78% on $603,765.94; Claim# 1; Filed: $603,765.94; Reference: | 7100-000 | | 264,372.92 | 7.37 |
| 02/18/09 | Int | JPMORGAN CHASE BANK, N.A. | Reverse Interest Posting | 1270-000 | -7.37 | | 0.00 |
| | | | ACCOUNT TOTALS | | 285,351.51 | 285,351.51 | $0.00 |
| | | | Less: Bank Transfers | | 285,358.88 | 0.00 | |
| | | | Subtotal | | -7.37 | 285,351.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $-7.37 | $285,351.51 | |

{} Asset reference(s)

Printed: 12/21/2009 02:55 PM V.11.53

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 06-09010 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | WORLDTRONICS INTERNATIONAL, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***.*****52-67 - Money Market Account |
| Taxpayer ID #: | 36-3289996 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/21/09 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***.*****52-65 | 350,356.64 | 64,997.76 | 0.00 |
| Checking # ***.*****52-66 | -7.37 | 285,351.51 | 0.00 |
| MMA # ***.*****52-67 | 0.00 | 0.00 | 0.00 |
| | $350,349.27 | $350,349.27 | $0.00 |

{} Asset reference(s)     Printed: 12/21/2009 02:55 PM    V.11.53